UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

LORENZO JUNIOR MARSHALL,

Case No.: 6:14-bk-06622-CCJ
Chapter 13

    Debtor.
_____/

### MOTION TO MODIFY ORDER CONFIRMING CHAPTER 13 PLAN

> Pursuant to Local Rule 2002-4, the Court will consider this Motion, Objection, or other matter without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the proof of service attached to this paper plus an additional three days for service.  If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Paul L. Urich, Esquire, Law Office of Paul L. Urich, P.A., 1510 E. Colonial Drive, Suite 204, Orlando, Florida 32803.
>
> If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**COMES NOW** the Debtor, **LORENZO JUNIOR MARSHALL,** by and through his undersigned attorney, and files this Motion to Modify Order Confirming Chapter 13 Plan, and, as grounds in support of this Motion, the following is stated:

1.    The Order Confirming Chapter 13 Plan was entered in the above-styled case on January 21, 2015 (Doc. No. 50).

2.    This Motion is filed for two reasons.  First, the Debtor's first mortgage creditor has offered the Debtor a mortgage loan modification, and this Motion is filed to address the newly modified mortgage payments and to stop disbursements on the Pre-Petition mortgage

arrearage claim in that the arrearage has been capitalized and otherwise addressed in the mortgage loan modification. Second, this Motion is filed to reduce Plan payments so that the Debtor may better afford his Chapter 13 Plan and so that the Debtor may become current in his Plan payments.

3. It is anticipated that the attorney handling the mortgage loan modification matter (Robert Branson, Esquire of BransonLaw, PLLC) will be filing a Motion with the Court for approval of the mortgage loan modification trial period plan before the end of this month and before the deadline to respond to this Motion.

4. This Motion proposes a modification of the Debtor's Plan payments beginning in Month 8 of the Plan and continuing through Month 60 of the Plan.

5. To accomplish the proposed modification of the confirmed Plan, the Debtor proposes the following Plan payments and disbursements to creditors:

## PLAN PAYMENTS

| Payment Number | Months of Plan | Amount of Plan Payment |
|---|---|---|
| 8-9 | February 6, 2015 through and including March 6, 2015 | $ 0.00 |
| 10-60 | April 6, 2015 through and including June 6, 2019 | $5,097.00 |

**SEE ATTACHED SPREADSHEET AS TO THE DESIGNATED DISBURSEMENT AMOUNTS AND TOTAL PAYMENTS TO SECURED AND PRIORITY CREDITORS AND AS TO THE PRO RATA PAYMENTS TO GENERAL UNSECURED CREDITORS.**

6. The undersigned counsel seeks fees and costs in the amount of Six Hundred and Fifty ($650.00) Dollars for the discussion with the Debtor concerning his current income situation, for the preparation and filing of Amended Schedules I and J, for the preparation and filing of this Motion, and for the service of this Motion on all creditors and interested parties, which fees and costs shall be disbursed by the Chapter 13 Trustee.

7.  The Debtor proposes that all <u>other</u> terms and conditions of the Order Confirming Chapter 13 Plan shall remain the same and in full force and effect but for those specific changes to the Debtor's Plan payments and creditor disbursements, as referenced herein.

**WHEREFORE**, the Debtor, **LORENZO JUNIOR MARSHALL**, by and through his undersigned attorney, prays that the Court will:

A.  grant this Motion and enter an Order modifying the Debtor's Plan payments and creditor disbursements, as proposed herein;

B.  allow attorney's fees and costs in the amount of Six Hundred Fifty and No/100 ($650.00) Dollars to be disbursed by the Trustee through the Plan; and

C.  grant such other and further relief as the Court deems appropriate.

Date:   March 20, 2015

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this document is being served by United States Regular Mail, postage prepaid, or by CM/ECF electronic transmission, as may be applicable, on all creditors and interested parties, as listed on the Court Matrix, on March 20, 2015.

Respectfully submitted,

**LAW OFFICE OF PAUL L. URICH, P.A.**

BY:   /s/ *Paul L. Urich, Esquire*
Paul L. Urich, Esquire
1510 East Colonial Drive
Suite 204
Orlando, Florida 32803
Telephone: (407) 896-3077
Telecopy:   (407) 896-3041
Florida Bar No.:0088780
Email:  paulu@urichoffice.com
Attorney for the Debtor

**EXHIBIT "A"**

| DUE DATE 6TH | | 14-6622 7/6/2014 Unsecured | | | MARSHALL Debtor Pmt | 10.0% Tee Fee | | ATTY | | MODIFICATION ROBERT BRANSON | | | #001 IRS PRI | | | #101 IRS SEC | | | #003 SUNTRUST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | 60 | | | | | | | | | | | | | | | |
| 7/6/2014 | 1 | $0.00 | | | $6,065.00 | $606.50 | | $512.83 | | $443.64 | | | $131.38 | | | $242.96 | | | $3,036.43 |
| 8/6/2014 | 2 | $0.00 | | | $6,065.00 | $606.50 | | $512.83 | | $443.64 | | | $131.38 | | | $242.96 | | | $3,036.43 |
| 9/6/2014 | 3 | $0.00 | | | $6,065.00 | $606.50 | | $512.83 | | $443.64 | | | $131.38 | | | $242.96 | | | $3,036.43 |
| 10/6/2014 | 4 | $0.00 | | | $6,065.00 | $606.50 | | $512.83 | | $443.64 | | | $131.38 | | | $242.96 | | | $3,036.43 |
| 11/6/2014 | 5 | $0.00 | | | $6,065.00 | $606.50 | | $512.83 | 5 at | $443.64 | | | $131.38 | | | $242.96 | | | $3,036.43 |
| 12/6/2014 | 6 | $33.26 | 6 at | | $6,065.00 | $606.50 | 6 at | $512.83 | 1 at | $281.80 | 6 at | | $131.38 | | | $242.96 | | | $3,036.43 |
| 1/6/2015 | 7 | $493.42 | 1 at | | $7,245.00 | $724.50 | 1 at | $463.02 | | | 1 at | | $131.41 | 7 at | | $242.96 | 7 at | | $3,036.43 |
| 2/6/2015 | 8 | $0.00 | | | | $0.00 | | | | | | | | | | | | | |
| 3/6/2015 | 9 | $0.00 | 2 at | | | $0.00 | 2 at | | | | 2 at | | | 2 at | | | | | |
| 4/6/2015 | 10 | $3,370.07 | | | $5,097.00 | $509.70 | 1 at | $650.00 | | | | | $142.15 | | | $253.13 | 3 at | | |
| 5/6/2015 | 11 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 6/6/2015 | 12 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 7/6/2015 | 13 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 8/6/2015 | 14 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 9/6/2015 | 15 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 10/6/2015 | 16 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 11/6/2015 | 17 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 12/6/2015 | 18 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 1/6/2016 | 19 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 2/6/2016 | 20 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 3/6/2016 | 21 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 4/6/2016 | 22 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 5/6/2016 | 23 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 6/6/2016 | 24 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 7/6/2016 | 25 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 8/6/2016 | 26 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 9/6/2016 | 27 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 10/6/2016 | 28 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 11/6/2016 | 29 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 12/6/2016 | 30 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 1/6/2017 | 31 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 2/6/2017 | 32 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 3/6/2017 | 33 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 4/6/2017 | 34 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 5/6/2017 | 35 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 6/6/2017 | 36 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 7/6/2017 | 37 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 8/6/2017 | 38 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 9/6/2017 | 39 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 10/6/2017 | 40 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 11/6/2017 | 41 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 12/6/2017 | 42 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 1/6/2018 | 43 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 2/6/2018 | 44 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 3/6/2018 | 45 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 4/6/2018 | 46 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 5/6/2018 | 47 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 6/6/2018 | 48 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 7/6/2018 | 49 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 8/6/2018 | 50 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 9/6/2018 | 51 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 10/6/2018 | 52 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 11/6/2018 | 53 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 12/6/2018 | 54 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 1/6/2019 | 55 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 2/6/2019 | 56 | $0.00 | | | $5,097.00 | $509.70 | | | | | | | $142.15 | | | $253.13 | | | $4,020.07 |
| 3/6/2019 | 57 | $0.00 | | | $5,097.00 | $509.70 | | | | | | 48 at | $142.15 | | | $253.13 | | | $4,020.07 |
| 4/6/2019 | 58 | $2.55 | | | $5,097.00 | $509.70 | | | | | 1 at | | $139.60 | | | $253.13 | | | $4,020.07 |
| 5/6/2019 | 59 | $142.15 | | | $5,097.00 | $509.70 | | | | | | | | | | $253.13 | | | $4,020.07 |
| 6/6/2019 | 60 | $148.28 | 51 at | | $5,097.00 | $509.70 | | | 54 at | | | | | 51 at | | $253.13 | 50 at | | $4,020.07 |
| | | $4,189.73 | | | $303,582.00 | $30,358.20 | | $4,190.00 | | $2,500.00 | | | $7,882.49 | | | $14,610.35 | | | $222,258.51 |
| | | $53,652.66 | | | | | | ATTY | | CLM 400 | | | CLM 001 | | | CLM 301 | | | CLM 003 |
| | | 8% | | | | | | | | | | | | | | | | | |
| | | | | | | | | Paul Urich | | Robert Branson | | | IRS Priority | | | IRS Secured | | | SunTrust Bank |
| | | | | | | | | | | | | | | | | | | | Modified Payments |
| | | | | | | | | | | | | | | | | | | | Ongoing Claim |

| DUE DATE 6TH | | | | #103 ARR | | | #203 GAP | BOA | MEDIATION | | | #005 VINEYARDS RESIDENTIAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | $122,060.58 | | | $50.60 | | | | | $68.66 |
| 7/6/2014 | 1 | | | $972.00 | | | $50.60 | COOPER ST | PD DIRECT | | | $68.66 |
| 8/6/2014 | 2 | | | $972.00 | | | $50.60 | SURR | | | | $68.66 |
| 9/6/2014 | 3 | | | $972.00 | | | $50.60 | | | | | $68.66 |
| 10/6/2014 | 4 | | | $972.00 | | | $50.60 | | | | | $68.66 |
| 11/6/2014 | 5 | 5 | at | $972.00 | | | $50.60 | | | | | $68.66 |
| 12/6/2014 | 6 | 1 | at | $1,100.58 | | | $50.60 | REAL TIME | ORG CNTY | | | $68.66 |
| 1/6/2015 | 7 | 1 | at | $2,034.00 | 7 | at | $50.60 | RESOL | TAXES | 7 | at | $68.66 |
| 2/6/2015 | 8 | | | | | | | COOPER ST | PD O/S PLAN | | | |
| 3/6/2015 | 9 | | | | 2 | at | | SURR | | 2 | at | |
| 4/6/2015 | 10 | | | | | | $72.00 | | | | | $99.95 |
| 5/6/2015 | 11 | | | | | | $72.00 | | | | | $99.95 |
| 6/6/2015 | 12 | | | | | | $72.00 | | | | | $99.95 |
| 7/6/2015 | 13 | | | | | | $72.00 | ORG CNTY | | | | $99.95 |
| 8/6/2015 | 14 | | | | | | $72.00 | CODE INF | | | | $99.95 |
| 9/6/2015 | 15 | | | | | | $72.00 | COOPER ST | | | | $99.95 |
| 10/6/2015 | 16 | | | | | | $72.00 | SURR | | | | $99.95 |
| 11/6/2015 | 17 | | | | | | $72.00 | | | | | $99.95 |
| 12/6/2015 | 18 | | | | | | $72.00 | | | | | $99.95 |
| 1/6/2016 | 19 | | | | | | $72.00 | | | | | $99.95 |
| 2/6/2016 | 20 | | | | | | $72.00 | ORG CNTY | | | | $99.95 |
| 3/6/2016 | 21 | | | | | | $72.00 | TAX | | | | $99.95 |
| 4/6/2016 | 22 | | | | | | $72.00 | COOPER ST | | | | $99.95 |
| 5/6/2016 | 23 | | | | | | $72.00 | SURR | | | | $99.95 |
| 6/6/2016 | 24 | | | | | | $72.00 | | | | | $99.95 |
| 7/6/2016 | 25 | | | | | | $72.00 | | | | | $99.95 |
| 8/6/2016 | 26 | | | | | | $72.00 | | | | | $99.95 |
| 9/6/2016 | 27 | | | | | | $72.00 | SUNTRUST | | | | $99.95 |
| 10/6/2016 | 28 | | | | | | $72.00 | LIEN STRIP | | | | $99.95 |
| 11/6/2016 | 29 | | | | | | $72.00 | | | | | $99.95 |
| 12/6/2016 | 30 | | | | | | $72.00 | | | | | $99.95 |
| 1/6/2017 | 31 | | | | | | $72.00 | | | | | $99.95 |
| 2/6/2017 | 32 | | | | | | $72.00 | | | | | $99.95 |
| 3/6/2017 | 33 | | | | | | $72.00 | | | | | $99.95 |
| 4/6/2017 | 34 | | | | | | $72.00 | | | | | $99.95 |
| 5/6/2017 | 35 | | | | | | $72.00 | | | | | $99.95 |
| 6/6/2017 | 36 | | | | | | $72.00 | | | | | $99.95 |
| 7/6/2017 | 37 | | | | | | $72.00 | | | | | $99.95 |
| 8/6/2017 | 38 | | | | | | $72.00 | | | | | $99.95 |
| 9/6/2017 | 39 | | | | | | $72.00 | | | | | $99.95 |
| 10/6/2017 | 40 | | | | | | $72.00 | | | | | $99.95 |
| 11/6/2017 | 41 | | | | | | $72.00 | | | | | $99.95 |
| 12/6/2017 | 42 | | | | | | $72.00 | | | | | $99.95 |
| 1/6/2018 | 43 | | | | | | $72.00 | | | | | $99.95 |
| 2/6/2018 | 44 | | | | | | $72.00 | | | | | $99.95 |
| 3/6/2018 | 45 | | | | | | $72.00 | | | | | $99.95 |
| 4/6/2018 | 46 | | | | | | $72.00 | | | | | $99.95 |
| 5/6/2018 | 47 | | | | | | $72.00 | | | | | $99.95 |
| 6/6/2018 | 48 | | | | | | $72.00 | | | | | $99.95 |
| 7/6/2018 | 49 | | | | | | $72.00 | | | | | $99.95 |
| 8/6/2018 | 50 | | | | | | $72.00 | | | | | $99.95 |
| 9/6/2018 | 51 | | | | | | $72.00 | | | | | $99.95 |
| 10/6/2018 | 52 | | | | | | $72.00 | | | | | $99.95 |
| 11/6/2018 | 53 | | | | | | $72.00 | | | | | $99.95 |
| 12/6/2018 | 54 | | | | | | $72.00 | | | | | $99.95 |
| 1/6/2019 | 55 | | | | | | $72.00 | | | | | $99.95 |
| 2/6/2019 | 56 | | | | | | $72.00 | | | | | $99.95 |
| 3/6/2019 | 57 | | | | | | $72.00 | | | | | $99.95 |
| 4/6/2019 | 58 | | | | | | $72.00 | | | | | $99.95 |
| 5/6/2019 | 59 | | | | | 50 | at | $72.00 | | | | | $99.95 |
| 6/6/2019 | 60 | | | | | 1 | at | $65.87 | | 60 at | 51 | at | $99.95 |
| | | | | $7,994.58 | | | $4,020.07 | | | | | $5,578.07 |
| | | | | CLM 103 | | | CLM 203 | | CLM 300 | | | Pd @ 12% |
| | | | | | | | | | | | | CLM 005 |
| | | | | SunTrust Bank | | | SunTrust Bank | | | | | Vineyards |
| | | | | Amount paid out | | | Gap Payment | | | | | Residential |
| | | | | before the loan | | | | | | | | HOA - |
| | | | | modification was | | | | | | | | Pre-petition |
| | | | | granted | | | | | | | | |
| | | | | (The arrears is now included in the modified mortgage loan.) | | | | | | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:14-bk-06622-CCJ<br>Middle District of Florida<br>Orlando<br>Fri Mar 20 11:57:03 EDT 2015 | BANK OF AMERICA, N.A<br>Albertelli Law<br>PO Box 23028<br>Tampa, FL 33623-2028 | Lorenzo Junior Marshall<br>2764 Cabernet Circle<br>Ocoee, FL 34761-5044 |
| Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065-6285 | Bank of America<br>PO Box 660933<br>Dallas, TX 75266-0933 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Citi Ctb<br>100 Citibank Drive<br>San Antonio, TX 78245-3202 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 |
| Dyck Oneal Inc<br>15301 Spectrum Dr<br>Addison, TX 75001-6436 | Florida Default Law Group<br>PO Box 25018<br>Tampa, FL 33622-5018 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Ford Credit<br>PO Box 542000<br>Omaha  NE  68154 8000 | Gdyr/cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Mortgage Electric Reg-<br>istration Systems<br>1818 Library Street<br>Suite 300<br>Reston, VA 20190-6280 | National Auto Finance/Ally<br>PO Box 380901<br>Louisville  KY  40290 1951 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Orlando Fed Credit Uni<br>1117 S Westmoreland Dr<br>Orlando, FL 32805-3819 | (p)ORLANDO FEDERAL CREDIT UNION<br>1117 S WESTMORELAND DRIVE<br>ORLANDO FL 32805-3819 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Real Time Resolutions<br>1750 Regal Row<br>Dallas, TX 75235-2289 | (p)REAL TIME RESOLUTIONS INC<br>PO BOX 36655<br>DALLAS TX 75235-1655 | Suntrust Mortgage Inc.<br>1001 Semmes Avenue<br>Richmond, VA 23224-2245 |
| Suntrust Mortgage-Bkcy Dept<br>PO Box 26665<br>Richmond, VA 23261-6665 | Suntrust Mortgage/cc 5<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 | Vineyards Residents Assc<br>c/o Larsen & Assco<br>300 South Orange Ave<br>Suite 100<br>Orlando, FL 32801-3373 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Robert B Branson +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | Paul L Urich +<br>Law Office of Paul L Urich PA<br>1510 East Colonial Drive<br>Suite 204<br>Orlando, FL 32803-4734 |

| | | |
|---|---|---|
| United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Rubina K Shaldjian +<br>Albertelli Law<br>PO Box 23028<br>Tampa, FL 33623-2028 | Elizabeth McCausland +<br>Liz McCausland, PA<br>545 Delaney Avenue<br>Suite 7<br>Orlando, FL 32801-3866 |
| Shaina Druker +<br>Ronald R. Wolfe & Associates<br>Post Office Box 25018<br>Tampa, FL 33622-5018 | Scott C Lewis +<br>Albertelli Law<br>5404 Cypress Center Drive<br>Tampa, FL 33609-1044 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America-Bkcy Dept<br>NC41050314<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Citibank Usa<br>Citicard Credit Srvs/Centralized Bankrup<br>Po Box 20507<br>Kansas City, MO 64195 | Orlando Fed Credit Uni<br>420 South Boone Avenue<br>Orlando, FL 32801 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Real Time Resolutions, Inc.<br>1349 Empire Central Dr., Ste #150<br>P.O. Box 36655<br>Dallas, TX 75247 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SunTrust Mortgage Inc. | (d)Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (u)Cynthia C. Jackson +<br>Orlando |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38