UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
LORENZO JUNIOR MARSHALL

CHAPTER 13
CASE 6:14-BK-06622-CCJ

DEBTOR(S).

ORDER GRANTING BANK OF AMERICA, N.A.
RELIEF FROM STAY

Upon the Motion for Relief from Stay filed by Bank of America, N.A. ("Movant") on March 13, 2015 (D.E. #55) and the surrender of the property per the Debtor's Chapter 13 Plan (D.E. # 12). No appropriate response having been filed in accordance with Local Rule 2002-4, it is

**ORDERED:**

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

THE FOLLOWING DESCRIBED REAL PROPERTY SITUATE IN THE CITY OF ORLANDO, COUNTY OF ORANGE, AND STATE OF FLORIDA, TO WIT:

LOT 41 B, SOUTHRIDGE, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 19, PAGES 57 AND 58, PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.

TAX ID #: 25-22-28-8189-00412

BY FEE SIMPLE DEED FROM RICHMOND AMERICAN HOMES, INC., A FLORIDA CORPORATION AS SET FORTH IN DEED BOOK 3980, PAGE 3152 AND RECORDED ON 5/12/1988, ORANGE COUNTY RECORDS.

THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FOR THIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.

**AKA 123 Cooper Court, Orlando, FL 32835**

*[Space Intentionally Left Blank]*

3. The order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant shall not obtain *in personam* relief against the Debtor.

4. Movant has incurred $350 in legal fees and $176.00 in costs, fees and costs awarded are not to exceed $526.00. Movant may seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

5. The stay imposed by Fed. R. Bankr. P. 4001(a)(3) is waived.

DONE and ORDERED in Orlando, Florida, on this 22nd day of April, 2015.

Cynthia C. Jackson
United States Bankruptcy Judge

*Attorney Scott Lewis, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.*

Scott Lewis, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone:   (813) 221-4743 ext. 2603
Facsimile:    (813) 221-9171

bkfl@albertellilaw.com

Lorenzo Junior Marshall
2764 Cabernet Circle
Ocoee, FL 34761

Co-debtor
Lavone Marshall
123 Cooper Court,
 Orlando, FL 32835

Paul L Urich
Law Office of Paul L Urich PA
1510 East Colonial Drive
Suite 204
Orlando, FL 32803

Robert B Branson
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790